UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN PLUFF,

        Petitioner,

        -v-                         9:18-CV-914

SUPERINTENDENT,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                       OF COUNSEL:

STEPHEN PLUFF
Petitioner, Pro Se
09-A-4343
Five Points Correctional Facility
Caller Box 119
Romulus, NY 14541

HON. LETITIA JAMES              PAUL B. LYONS, ESQ.
New York State Attorney General   Ass't Attorney General
Attorneys for Defendant
28 Liberty Street
New York, NY 10005

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

   On August 3, 2018, *pro se* petitioner Stephen Pluff ("petitioner") filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. Petitioner also filed a certified application to proceed *in forma*

*pauperis* ("IFP"). Dkt. No. 2. Thereafter, the Court granted petitioner's IFP application and directed a response to petitioner's arguments. Dkt. No. 9.

On September 8, 2021, U.S. Magistrate Judge Daniel J. Stewart advised by Report & Recommendation ("R&R") that the petition be denied and dismissed as untimely. Dkt. No. 28. Petitioner has filed objections. Dkt. No. 29. Upon *de novo* review of the portions to which petitioner has objected, the Report & Recommendation is accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. The petition is DENIED and DISMISSED; and

3. No certificate of appealability shall be issued.

The Clerk of the Court is directed to terminate any pending motions, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated: September 29, 2021
       Utica, New York.

David N. Hurd
U.S. District Judge